| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __12__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Blue Harvest Farms, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4379840** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14210 Winans St.** <br> **West Olive, MI 49460** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ottawa** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **n/a** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Blue Harvest Farms, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☒ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Blue Harvest Farms, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | List all cases. If more than 1, attach a separate list | Debtor | Adam T. Lalone | Relationship | **Sole Member** |
|---|---|---|---|---|---|
| | | District | Western District of **Michigan** | When | Case number, if known |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Blue Harvest Farms, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 21, 2024**
MM / DD / YYYY

**X /s/ Adam Lalone**                                     **Adam Lalone**
Signature of authorized representative of debtor          Printed name

Title     **Sole Member**

**18. Signature of attorney**

**X /s/ James R. Oppenhuizen**          Date **November 21, 2024**
Signature of attorney for debtor               MM / DD / YYYY

**James R. Oppenhuizen**
Printed name

**Oppenhuizen Law Firm, PLC**
Firm name

**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone  **616-730-1861**     Email address   **joppenhuizen@oppenhuizenlaw.com**

**P68715 MI**
Bar number and State

```
A&B PACKING EQUIPMENT
PO BOX 187
LAWRENCE MI 49064


ADAM T. LALONE
14210 WINANS ST.
WEST OLIVE MI 49460


ALLIANCE ANALYTICAL
5934 FLANNIGAN RD.
ORLEANS MI 48865


ASSOCIATED REFRIGERATION
179 W. RANDALL ST.
COOPERSVILLE MI 49404


CAROLINA BERRY GROUP, LLC
ATTN: BRICK ROOKS
7828 US 701
ELIZABETHTOWN NC 28337


CS ERICKSON
220 NORTH FERRY STREET
GRAND HAVEN MI 49417


CUNNINGHAM DALMAN PC
321 SETTLERS RD
HOLLAND MI 49422-1767


DALTON TOWNSHIPP
1616 E. RILEY THOMPSON RD.
MUSKEGON MI 49445


DELTA DENTAL
16082 COLLECTION CENTER DR.
CHICAGO IL 60693


ENDEAVOR AG & ENERGY LLC
4670 E WASHINGTON ST
HAMILTON MI 49419


FREMONT INSURANCE
993 E. MAIN ST
FREMONT MI 49412-9751
```

GRACE NORRIS
71847 CR376
COVERT MI 49043


GROW BLUE, LLC
14876 WINANS ST.
WEST OLIVE MI 49460


HONIGMAN LLP
300 OTTAWA AVE NW
GRAND RAPIDS MI 49503


HUSSMAN REFRIGERATION
C/O PRENTICE-HALL CORP. SYS
MICHIGAN NAT'L TOWER BLDG
LANSING MI 48933


INTEGRITY EXPRESS LOGISTICS
62488 COLLECTIONS CENTER DR.
CHICAGO IL 60693-0624


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JACKSON FAMILY FARMS BLUEBERRY
11029 S. ASHLAND AVE
CHICAGO IL 60643


JEFFREY D. KOELZER
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352


JJ SOTO AND COMPANY
6671 WALKER AVE NW
GRAND RAPIDS MI 49544


JONS TO GO
ATTN: DERECK J. EVENHOUSE
2675 E. STERNBERG RD.
MUSKEGON MI 49444

```
KENT EQUIMENT SPARTA
1550 10 MILE RD.
SPARTA MI 49345


KENT RUBBER SUPPLY
PO BOX 9348
WYOMING MI 49509


LAKESHORE BUSINESS SOLUTION
PO BOX 893
GRAND HAVEN MI 49417


MATT DEVRIES
5950 152ND AVE.
WEST OLIVE MI 49460


MERLE BOES, INC.
ATTN: MICHAEL BOES
11372 E. LAKEWOOD BLVD
HOLLAND MI 49424


MICHIGAN ATTORNEY GENERAL
G. MENNEN WILLIAMS BLDG 7TH FL
525 W. OTTAWA ST.
PO BOX 30212
LANSING MI 48909


MICHIGAN BLUEBERRY COMMISSION
PO BOX 338
GRAND JUNCTION MI 49056


MICHIGAN DEPT. OF TREASURY
TAX COLLECTION AND ENFORCEMENT
BANKRUPTCY SECTION
TREASURY BUILDING
LANSING MI 48922-0001


MITCHELL FAMILY LP #6
14876 WINANS ST.
WEST OLIVE MI 49460


MITCHELL FAMILY LTD
3384 CLAWSON ROAD
DOWAGIAC MI 49047
```

```
MONTE PACKAGING
PO BOX 128
RIVERSIDE MI 49084


MOORLAND TOWNSHIP
12416 APPLE AVENUE
RAVENNA MI 49451


OXBO INTERNATIONAL CORP
PO BOX 8000
BUFFALO NY 14267


PATRIOT FOODS
14210 WINANS ST.
WEST OLIVE MI 49460


PATRIOT FOODS, LLC
14210 WINANS ST.
WEST OLIVE MI 49460


PETER RHOADES
PO BOX 2271
HOLLAND MI 49422


PETER RHOADES, ESQ.
RHOADES MCKEE, P.C.
PO BOX 2271
HOLLAND MI 49422


PRIORITY HEALTH
1231 EAST BELTLINE AVE. NE
GRAND RAPIDS MI 49525


QUALITY DOOR
2481 VAN OMMEN DR.
HOLLAND MI 49424


REENDERS BLUEBERRIES
14079 168TH AVE
GRAND HAVEN MI 49417


REENDERS BLUEBERRY FARMS, LLC
ATTN: BRUCE REENDERS
14079 168TH STREET
GRAND HAVEN MI 49417
```

REGISTER GROWER SERVICES
14050 FRUIT RIDGE AVE
KENT CITY MI 49330

REPUBLIC SERVICES
40600 ANN ARBOR RD. E.
SUITE 201
PLYMOUTH MI 48170

RETAILERS INSURANCE
603 SOUTH WASHINGTON AVE
LANSING MI 48933

RICH ROEDGER
1211 EDINBURGH CT.
WHEATON IL 60189

ROBERT L BRADY
14210 WINANS ST.
WEST OLIVE MI 49460

ROBERT L. BRADY
14210 WINANS ST.
WEST OLIVE MI 49460

ROBERT L. BRADY TRUST
UAD 12/15/2000
AMENDED RESTATED 3/24/2011
14210 WINANS ST.
WEST OLIVE MI 49460

ROBERTSON CROP DUSTING
SERVICE, INC.
73574 COUNTY ROAD 380
SOUTH HAVEN MI 49090

ROSS NAGELKIRK
3841 47TH ST
HAMILTON MI 49419

S&S APIARIES
24222 CENTER ROAD
FRANKFORT IL 60423

```
SANDY RIDGE BLUEBERRY FARMS
14837 BARRY STREET
HOLLAND MI 49424


SANTIAGO BOTELLO
15971 LAKE MICHIGAN DR.
WEST OLIVE MI 49460


STATE OF MICHIGAN (MDARD)
PO BOX 30776
LANSING MI 48909


STATE OF MICHIGAN TREASURY
PO BOX 30199
LANSING MI 48909


SUMMER TIME INCE
7142 RED ARROW HWY
COLOMA MI 49038


ULINE
12575 ULINE DR.
PLEASANT PRAIRIE WI 53158


WEST MICHIGAN COMMUNITY BANK
PO BOX 370
HUDSONVILLE MI 49426


WEST MICHIGAN COMMUNITY BANK
5367 SCHOOL AVE.
PO BOX 370
HUDSONVILLE MI 49426


WEST MICHIGAN INTERNATIONAL
575 56TH STREET SW
GRAND RAPIDS MI 49548


WHITE ROAD FARM
10832 WHITE ROAD
RAVENNA MI 49451


WILBUR ELLIS
PO BOX 675023
DALLAS TX 75267-5023
```

# United States Bankruptcy Court
## Western District of Michigan

In re  **Blue Harvest Farms, LLC**

Debtor(s)

Case No.
Chapter  **12**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Blue Harvest Farms, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Adam T. Lalone**
**14210 Winans St.**
**West Olive, MI 49460**

☐ None [*Check if applicable*]

**November 21, 2024**

Date

**/s/ James R. Oppenhuizen**

**James R. Oppenhuizen**

Signature of Attorney or Litigant
Counsel for  **Blue Harvest Farms, LLC**

**Oppenhuizen Law Firm, PLC**
**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
**616-730-1861**
**joppenhuizen@oppenhuizenlaw.com**